| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | SUMMONS, SECOND AMENDED COMPLAINT, ATTACHMENTS |
|---|---|
| EFFECTED (1) BY ME: | Dennis Nowik |
| TITLE: | PROCESS SERVER | DATE: 11/3/14 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

CLASSIC WINE SPIRITS LLC.   by handing to David Pierce

Place where served:

645 WATER GARDEN WAY   ROSWELL  GA  30076

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: M   AGE: 40's   HEIGHT: 6'2"   WEIGHT: 200 lbs   SKIN: W   HAIR: Brown   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____   SERVICES $ _____.____   TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 11/3/20 14

SIGNATURE OF Dennis Nowik L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: LINDSAY P. CAMBRON, ESQ.
PLAINTIFF: JOHN MARCHISI, INDIVIDUALLY AND D/B/A JOHN MARCHISI STUDIOS
DEFENDANT: STEVE GOLDBERG, ET AL
VENUE: DISTRICT
DOCKET: 7 14 CV 04553 CS
COMMENT:

