**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

JOHN MARCHISI, individually and d/b/a JOHN
MARCHISI STUDIOS,

     Plaintiff,

   v.

STEVE GOLDBERG, VINTAGE ROCKEFELLER
WINES & SPIRITS GROUP CORP, DAVID
PIERCE, CLASSIC WINE SPIRITS, LLC, and
SPEEDWAY MOTORSPORTS, INC.,

     Defendants.
-----------------------------------------------------------------x

Civil Case No. 7:14-cv-4553-CS

**AFFIDAVIT OF SERVICE**

  I, Lindsay P. Cambron, being of full age hereby certifies as follows:

  1. On November 12, 2014, I caused one copy of the Second Amended Complaint and Jury Demand to be sent via Lawyer Service to Andrew N. Adler, Esq., Traub Lieberman Straus & Shrewsbury LLP, Mid-Westchester Executive Park, Seven Skyline Drive, Hawthorne, New York 10532, on behalf of Defendants, Steve Goldberg and Vintage Rockefeller Wines & Spirits Group Corp.

  I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

              _____
              Lindsay P. Cambron, Esq.

Dated:  November 17, 2014