

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806                    www.pryorcashman.com

Tom J. Ferber
Partner

Direct Tel: 212-326-0194
Direct Fax: 212-798-6388
tferber@pryorcashman.com

December 5, 2014

<u>VIA FACSIMILE (914) 390-4278</u>

Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2014
```

Re:   <u>Marchisi v. Goldberg, et al. (No. 7:14-cv-04553) (CS)</u>

Dear Judge Seibel:

This firm represents defendant Speedway Motorsports Inc. ("SMI") in the above-captioned action, in which a pre-motion conference is scheduled for Tuesday, December 9, 2014 at 2:30 p.m. SMI and plaintiff have reached a tentative settlement, which we hope to have documented -- and a stipulation of dismissal filed -- in the next few days. Accordingly, with plaintiff's counsel's consent, we respectfully request that the pre-motion conference be taken off the calendar.

Respectfully yours,

Tom J. Ferber

cc:   Bobby Kasolas, Esq.

*Conference adjourned without date. Parties to advise the Court if dismissal not filed within 30 days.*

So Ordered.

Cathy Seibel

Cathy Seibel, U.S.D.J.

Dated: 12/8/14

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/14
```

1373068



# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036  Tel: 212-421-4100  Fax: 212-326-0806

www.pryorcashman.com

# FACSIMILE

| | | | |
|---|---|---|---|
| **From:** | Tom J. Ferber | **Date:** | December 5, 2014 |
| **C/M:** | 16178.00018 | **Direct Fax:** | 212-798-6388 |
| **Email:** | tferber@pryorcashman.com | **Direct Tel:** | 212-326-0194 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | | |
|---|---|---|---|
| **To:** | Honorable Cathy Seibel | | |
| **Firm:** | | **Fax:** | (914) 390-4278 |
| **City, State:** | | **Tel:** | |

**Number of pages being transmitted including the cover page:  2**

Please contact the Sender or call our Mailroom at 212-326-0187 if all pages are not received.

ORIGINAL DOCUMENTS:  Will follow by ☐ mail  ☐ courier – OR – ☒ Will not follow unless requested.

The information in this facsimile message ("fax") is sent by an attorney or his/her agent, and is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.