UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MARCHISI, individually and d/b/a JOHN MARCHISI STUDIOS,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVE GOLDBERG, VINTAGE ROCKEFELLER WINES & SPIRITS GROUP, CORP., DAVID PIERCE, CLASSIC WINE SPIRITS, LLC and SPEEDWAY MOTORSPORTS, INC.,<br><br>*Defendants*. | Case No. 14-cv-04553 (CS)<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>PARTIAL |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that all claims that were or could have been pleaded or asserted by Plaintiff against defendant Speedway Motorsports, Inc. are voluntarily dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: January 7, 2015
New York, New York

BRACH EICHLER

By: _____
Bobby Kasolas

101 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 403-3139

*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-15

PRYOR CASHMAN LLP

By: _____
Tom J. Ferber

7 Times Square
New York, New York 10036
Tel: (212) 421-4100

*Attorneys for Defendant Speedway Motorsports Inc.*

SO ORDERED

_____
U.S.D.J.

Date: 1/9/15

White Plains, NY

2